WESTFIELD TRUST COMPANY, APPELLANT, v. COURT OF COMMON PLEAS OF THE COUNTY OF MORRIS ET AL., RESPONDENTS.

Submitted October 25, 1935—Decided January 31, 1936.

For the appellant, *Martin P. O'Connor.*

For the respondents, *William A. Lord, Jr.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Perskie in the Suprme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, LLOYD, CASE, BODINE, DONGES, HETFIELD, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, JJ. 11.

*For reversal*—None.